**Order entered February 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01738-CR

**JAY SANDON COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 2011-2-1391**

## ORDER

Appellant's January 30, 2013 motion requesting an extension of time to file his jurisdictional letter brief is **GRANTED IN PART**. The time to file appellant's jurisdictional brief is **EXTENDED** to **February 18, 2013**.

Appellant's January 30, 2013 motions regarding the reporter's record of the indigence proceedings and requesting findings of fact from the trial court are **DENIED**.

/s/    LANA MYERS
       JUSTICE